NELSON P. COHEN
United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: andrea.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | No.  3:02-cr-00075-JWS-JDR |
| ) | |
| Plaintiff,               ) | |
| ) | <u>NOTICE OF ATTORNEY</u> |
| vs.               ) | <u>APPEARANCE</u> |
| ) | |
| YANG et al,               ) | |
| ) | |
| Defendant.               ) | |
| ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant United States Attorney Andrea T.  Steward now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: andrea.steward@usdoj.gov


      RESPECTFULLY SUBMITTED this 21st day of March, 2007 at

Anchorage, Alaska


      NELSON P. COHEN
United States Attorney

s/ Andrea Steward
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov