UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )   Case No. 3:02-cr-00075-04-JWS
v.                                )
                                  )
Min Gweon Go,                     )
                                  )
            Defendant.            )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   __X__ The court has granted the motion of the government for dismissal without prejudice;
   ___ The court has granted the motion of the defendant for a Judgment of Acquittal;
   ___ A jury has been waived, and the court has found the defendant NOT GUILTY;
   ___ The jury has returned its verdict, finding the defendant NOT GUILTY;

of the offenses of Conspiracy 18 U.S.C. § 371, Obstruction of an Agency Proceeding 18. U.S.C. § 1505 and Witness Tampering 18 U.S.C. § 1512(b)(1) as charged in counts 1, 2 and 5 of the Indictment.

   **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

   **DATED** at Anchorage, Alaska, this __6th__ day of August, 2008.

                    **REDACTED SIGNATURE**
                    _____
                    John W. Sedwick
                    United States District Judge

[302cr75JWS Discharge.wpd]{DISCHARG.WPD*Rev.2/97}